# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

Clifford W. Taylor,
Chief Justice

131182 & (50)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL ROBINS, Personal Representative
of the Estate of ILENE ROBINS, Deceased,
        Plaintiff-Appellee,

v

SC: 131182
COA: 256169
Oakland CC: 2002-041909-NH

TILAK GARG,
        Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 4, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Woodard v Custer*, 476 Mich 545 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007

_____
Clerk

d0516